AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BASKIR, LAWRENCE M. | U.S. Court of Federal Claims | 07/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final  **5b.** ☐ Amended Report | 01/01/2012 to 3/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Treasurer | Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012-2013 | Self-employed attorney. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/2-7/2012 | New Orleans, LA | ABA's Mid-Year Conference | Portion of Lodging |
| 2. | American Bar Association | 8/2-7/2012 | Chicago, IL | ABA's Annual Conference | Portion of Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PFCU Credit Union Accounts | A | Interest | L | T | | | | | |
| 2. FIA Card Svs NA RASP - MMIRA | A | Dividend | M | T | | | | | |
| 3. FIA Card Svs NA RASP - MMIRA | A | Dividend | K | T | | | | | |
| 4. FIA Card Svs (X) | A | Dividend | J | T | | | | | |
| 5. Bank of America Deposit Accts (X) | None | | L | T | | | | | |
| 6. Maryland St 11/01/2022 | B | Interest | | | Redeemed | 11/1/12 | K | A | |
| 7. Montgomery Co. Rev 6/2018 | A | Interest | | | Redeemed | 6/2/12 | K | A | |
| 8. Univ. of MD Tuition Rev 4/2020 | A | Interest | | | Redeemed | 4/2/12 | J | A | |
| 9. Anne Arundel Cty, MD 4% 4/1/22 | A | Interest | K | T | | | | | |
| 10. Calvert Cty, MD 3.25% 5/1/22 | A | Interest | K | T | | | | | |
| 11. Harford Cty, MD 4% 7/1/19 | B | Interest | K | T | | | | | |
| 12. Columbia Marsico Growth | A | Dividend | L | T | | | | | |
| 13. Goldman Sachs Mid Cap Value | A | Dividend | K | T | | | | | |
| 14. Harbor Intnl | A | Dividend | K | T | | | | | |
| 15. Delaware Small Cap Growth (X) | B | Dividend | K | T | | | | | |
| 16. Franklin Fed Intr Term Tax-Free | B | Dividend | L | T | | | | | |
| 17. Franklin High Yield Tax Free | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Tax MGD Value | B | Dividend | L | T | | | | | |
| 19. Alger Small Cap Growth (X) | B | Dividend | K | T | | | | | |
| 20. Artisan International | A | Dividend | K | T | | | | | |
| 21. Janus Intech Risk Mgd (X) | A | Dividend | L | T | | | | | |
| 22. INVESCO Muni Bond | C | Dividend | L | T | | | | | |
| 23. Columbia Sm Cap Value II | A | Dividend | K | T | | | | | |
| 24. MFS Value | B | Dividend | L | T | | | | | |
| 25. BIF Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 26. Charles Cnty Pub Impt Bds 400 2012 | A | Interest | | | Redeemed | 6/1/12 | K | A | |
| 27. Fidelity Magellan MF IRA | C | Dividend | L | T | Redeemed (part) | 3/31/12 | O | A | |
| 28. Vanguard Total Bond | C | Dividend | O | T | Buy | 3/31/12 | M | | |
| 29. Vanguard 500 Index | C | Dividend | O | T | Buy | 3/31/12 | O | | |
| 30. Vanguard Global Equity | A | Dividend | M | T | | | | | |
| 31. Vanguard Wellington Fund | C | Dividend | O | T | | | | | |
| 32. Vanguard Cap Opp. | A | Dividend | M | T | Buy | 3/31/12 | L | | |
| 33. Vanguard Ret. Savings Tr | A | Dividend | K | T | | | | | |
| 34. Vanguard Strategic Equity | A | Dividend | N | T | Redeemed (part) | 3/31/12 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIA Card Svs (X) | A | Interest | J | T | | | | | |
| 36. Barclay's Bank PLC | B | Interest | | | Redeemed | 07/27/12 | K | A | |
| 37. Global MITTS Issuer BAC 11/17/17 | | None | L | T | Buy | 1/26/12 | L | | |
| 38. Century Link, Inc. | A | Dividend | J | T | Buy | 7/20/12 | K | | |
| 39. Global MITTS Issuer BAC 1/27/17 | | None | K | T | Buy (add'l) | 1/26/12 | K | | |
| 40. American Century Inflatn Adj Bond fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 41. American Century Inflatn Adj Bond fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 42. American Euro Pacific Gr | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 43. American Euro Pacific Gr | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 44. Cambiar Opp Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 45. Cambiar Opp Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 46. Delaware Corp Bond Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 47. Delaware Corp Bond Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 48. Dreyfus Appreciatn Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 49. Dreyfus Appreciatn Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 50. Eagle Sm Cap Gr | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 51. Eagle Sm Cap Gr | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Federated Strategic Value Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 53. Federated Strategic Value Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 54. Guggenheim Mid Cap Value | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 55. Guggenheim Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 56. Harbor Intl | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 57. Harbor Intl | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 58. Hartford Growth Opp | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 59. Hartford Growth Opp | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 60. 1 Shares Russell 1000 Gr Ind Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 61. 1 Shares Russell 1000 Gr Ind Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 62. 1 Shares Russell 1000 Value Ind Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 63. 1 Shares Russell 1000 Value Ind Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 64. MFS Research Intl Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 65. MFS Research Intl Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 66. Pimpco Total Return | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 67. Pimpco Total Return | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 68. Pioneer Strategic Inc Fund | A | Dividend | J | T | Buy | 1/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pioneer Strategic Inc Fund | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 70. Prudential Jennison Value | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 71. Prudential Jennison Value | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 72. Prudential Sht Term Corp Bond | A | Dividend | J | T | Buy | 1/18/12 | J | | |
| 73. Prudential Sht Term Corp Bond | A | Dividend | J | T | Buy (add'l) | 4/20/12 | J | | |
| 74. TCW Equities   shr | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 75. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BASKIR, LAWRENCE M. | 07/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts         (Investment name changes by line # from 2011 FDR)

Line 4. BofA Cash RSV Daily - MMIRA changed to FIA Card Svs.

Line 5. Bank of America Cash Accts changed to Bank of America Deposit Accts.

Line 15. Delaware Growth Oppor changed to Delaware Small Cap Growth.

Line 19. Alger Small Cap changed to Alger Small Cap Growth.

Line 21. Intech Mgt Growth changed to Janus Intech Risk Mgd.

Line 35. BofA Cash RSV Daily - SEP IRA changed to FIA Card Svs.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LAWRENCE M. BASKIR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544